1   **BRAYTON PURCELL LLP**
    Alan R. Brayton, State Bar No.: 73685
2   David R. Donadio, State Bar No.: 154436
    222 Rush Landing Road
3   Novato, California 94948-6169
    Telephone:    (415) 898-1555
4   Facsimile:    (415) 898-1247
    e-mail: ddonadio@braytonlaw.com
5
    **BRYAN CAVE LLP**
6   Robert E. Boone III, State Bar No.: 132780
    120 Broadway, Suite 300
7   Santa Monica, California  90401-2386
    Telephone:    (310) 576-2100
8   Facsimile:    (310) 576-2200
    e-mail: reboone@bryancave.com
9
    Attorneys for Defendant
10  McDONNELL DOUGLAS CORPORATION

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

14  KATHLEEN RICE,  as Wrongful Death Heir,       Case No. C 06 7319 EMC
    and as Successor-in-Interest to ALBERT RICE,
15  Deceased; and SUSAN STOCKTON, as Legal
    Heir of ALBERT RICE, Deceased               STIPULATION OF DISMISSAL WITH
16                                              PREJUDICE OF ACTION/CLAIMS AS
    JOSEPH M. LUJAN, Individually, as Wrongful   AGAINST DEFENDANT McDONNELL
17  Death Heir, and as Successor-in-Interest to  DOUGLAS CORPORATION ONLY
    JOSEPH LUJAN, Deceased; and JESSICA
18  LUJAN, LORETTA LUJAN, KARA LUJAN,
    as Legal Heirs of JOSEPH LUJAN, Deceased
19
    CLOTA PARKER, Individually, as Wrongful
20  Death Heir, and as Successor-in-Interest to
    JOHN PARKER, Deceased; and DAVE
21  PARKER, CLOTA D. PARKER, LESLIE
    PARKER, as Legal Heirs of JOHN PARKER,
22  Deceased,

23              Plaintiffs,

24       vs.

25  GENERAL ELECTRIC COMPANY,
    MCDONNELL DOUGLAS CORPORATION,
26  USX CORPORATION and DOES 1-300,

27              Defendants.

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

1    IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. Proc. 41(a)(1), by and between

2    Plaintiffs JOSEPH M. LUJAN, Individually, as Wrongful Death Heir, and as Successor-in-Interest

3    to JOSEPH LUJAN, Deceased; and JESSICA LUJAN, LORETTA LUJAN, KARA LUJAN, as

4    Legal Heirs of JOSEPH LUJAN, Deceased (collectively "Plaintiffs"), on the one hand, and

5    Defendant MCDONNELL DOUGLAS CORPORATION, on the other hand, through their

6    respective counsel of record, that Defendant MCDONNELL DOUGLAS CORPORATION shall

7    be and is hereby dismissed with prejudice from the above entitled action, as to all claims made by

8    Plaintiffs, each party to bear their own costs.

9

10   Dated: 12/9 , 2006                          BRAYTON ❖ PURCELL LLP

11

12                                               By: _____

13                                                     David R. Donadio
                                                     Attorneys for Plaintiffs
14

15   Dated: December 7, 2006                     BRYAN CAVE LLP

16

17                                               By: _____

                                                     Robert E. Boone III
18                                                   Attorneys for Defendant
                                                     McDonnell Douglas Corporation
19

20

21

22                        IT IS SO ORDERED

23

24                        Judge Susan Illston

25                        UNITED STATES DISTRICT COURT
                          NORTHERN DISTRICT OF CALIFORNIA
26

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386