ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN RICE etc. et. al. | C06-7319-SI |
| vs. | JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINE AND CONFERENCE, AND TO EXTEND TIME; [PROPOSED] ORDER TO STAY; [PROPOSED ALTERNATIVE] ORDER TO CONTINUE |
| GENERAL ELECTRIC COMPANY, MCDONNELL DOUGLAS CORPORATION, USX CORPORATION and DOES 1-300, | |
| Defendants. | |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Case Management Conference Order* and *Notice* filed January 19, 2007 (Document 14), for the following good cause:

On December 27, 2006, Defendant GENERAL ELECTRIC COMPANY filed Documents 8 and 9, a Notice to Tag Along Action and letter regarding the pending Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District. Said Defendants subsequently mailed notice to the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407.

On July 29, 1991, the JPML entered an order transferring all asbestos personal injury cases pending in the federal courts to the United States District Court for the Eastern District of

K:\Injured\104043\Fed\Stip stay or cont (fed18).wpd   1
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINES – C06-7319-SI

1  Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. That order also
2  applies to "tag-along actions," or actions involving common questions of fact filed after January
3  17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of
4  MDL 875, for coordinated pretrial proceedings.
5        The JPML has held that a district court has the authority to stay pending a transfer order.
6  *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001)
7  ("[T]hose courts concluding that such issues should be addressed by the transferee judge need
8  not rule on them, and the process of 1407 transfer in MDL-875 can continue without any
9  unnecessary interruption or delay.")
10      The parties agree that it is likely that the JPML will transfer this matter to the Eastern
11 District of Pennsylvania.
12      However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order*
13 pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be
14 transferred, pursuant to JPML Rule 13(b).
15      It is likely the dates set forth in the *Case Management Conference Order* (Document 14)
16 and the deadlines imposed by Rule 26 of the Federal Rules of Civil Procedure, will come to pass
17 before the Clerk of the JPML acts.
18      In addition Defendant USX CORPORATION has not filed an Answer in this matter and
19 Plaintiffs are attempting to confirm service upon said Defendant. (Defendant McDONNELL
20 DOUGLAS CORPORATION was dismissed from the action by the Order of January 18, 2007
21 (Document 13)).
22      The parties make this Motion on the grounds that a stay of this action would (a) promote
23 judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the
24 parties.
25      Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to
26 and respectfully request the Court VACATE its *Case Management Conference Order* and
27 *Notice* filed January 19, 2007 (Document 14), and that the Court issue an Order STAYING this
28 action pending the outcome of the MDL Panel's decision on the merits of the transfer.

K:\Injured\104043\Fed\Stip stay or cont (fed18).wpd    2

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINES – C06-7319-SI

1  In the alternative, the parties hereby STIPULATE to and respectfully request that the
2  dates set forth in the *Case Management Conference Order* and *Notice* filed January 19, 2007
3  (Document 14), be vacated and all deadlines set by Rule 26 of the Federal Rules of Civil
4  Procedure, be continued pending the outcome of the JPML's decision on the merits of the
5  transfer. Specifically, these deadlines in this matter include the **February 16, 2007** Rule 26
6  deadline to meet and confer and file Joint ADR Certification, the **March 2, 2007** Deadline to
7  complete Initial Disclosure and Discovery Plan, the **March 2, 2007** deadline to file the Joint
8  Case Management Statement and the Case Management Conference currently set for **March 9,**
9  **2007.**

Dated: January 25, 2007                                BRAYTON❖PURCELL LLP

                                                       /s/  *David R. Donadio*

                                                       By: _____
                                                            David R. Donadio
                                                            Attorneys for Plaintiffs

Dated: January 25, 2007                                SEDGWICK, DETERT, MORAN &
                                                       ARNOLD, LLP

                                                       /s/  *Derek Johnson*
                                                       By: _____
                                                            Derek Johnson
                                                            Attorneys for Defendant
                                                            GENERAL ELECTRIC COMPANY


                [PROPOSED]    **ORDER TO STAY**

21  IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case*
22  *Management Conference Order* and *Notice* filed January 19, 2007 (Document 14), are hereby
23  VACATED and that this action is STAYED pending the outcome of the JPML's decision on the
24  merits of the transfer.

25  Dated: _____

                                                       _____.
                                                       Susan Illston
                                                       United States District Court Judge

28  ///

[PROPOSED ALTERNATIVE] **ORDER TO CONTINUE**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case Management Conference Order* and *Notice* filed January 19, 2007 (Document 14), are hereby VACATED.

IT IS FURTHER ORDERED that the following case management deadlines are continued as follows:

1. Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan is [set for a date on or after July 20, 2007 to wit:] _____, 2007;

2. Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference is [set for a date after July 20, 2007 to wit:] _____, 2007;

3. Last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement and file/serve Rule 26(f) Report is [set for a date after July 20, 2007 to wit:] _____, 2007; and,

4. The Case Management Conference is [set for a date after July 20, 2007 to wit: ] _____, 2007 at 2:00 p.m., Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: _____

_____ .
Susan Illston
United States District Court Judge