JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 9 2007

FILED
CLERK'S OFFICE

**A CERTIFIED TRUE COPY**

FEB 27 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 875

C 06 - 7319 SI

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

FILED
MAR - 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO-274)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,799 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 27 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-274 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

**DIST. DIV. C.A. #**                **CASE CAPTION**

CALIFORNIA NORTHERN
 CAN 3 06-6665           Roger Vedad, et al. v. United States of America
 CAN 3 06-6949           Patty Cervenka, etc. v. General Electric Co.
 CAN 3 06-7109           Mary Marcelja, et al. v. General Electric Co.
 CAN 3 06-7174           Dorothy Wehr, et al. v. General Electric Co.
 CAN 3 06-7175           Ray D. Holliday v. General Electric Co., et al.
 CAN 3 06-7319           Kathleen Rice, et al. v. General Electric Co., et al.
 CAN 3 06-7629           Ella Mae Young v. Advocate Mines, Ltd., et al.

LOUISIANA EASTERN
 LAE 2 06-10723          Jim Taylor, et al. v. Anco Insulations, Inc., et al.
 ~~LAE 2 06-10929~~      ~~Joyce Hampton, et al. v. Owens-Illinois, Inc., et al.~~ **Vacated 2/20/07**
 ~~LAE 2 06-11140~~      ~~Melvin Raymond v. Borden, Inc., et al.~~ **Opposed 2/26/07**

LOUISIANA MIDDLE
 ~~LAM 3 06-785~~        ~~Teressa Bell, etc. v. Rowan Companies, Inc., et al.~~ **Opposed 2/26/07**
 ~~LAM 3 06-965~~        ~~Aurelie Breau Waguespack, et al. v. Anco Insulations, Inc., et al.~~
                         **Opposed 2/27/07**

LOUISIANA WESTERN
 ~~LAW 6 06-2190~~       ~~Daniel Jarrell v. Franks Petroluem, Inc., et al.~~ **Opposed 2/26/07**

MISSISSIPPI SOUTHERN
 ~~MSS 1 06-1277~~       ~~Anton Wagner v. Mississippi Rubber & Specialty Co., et al.~~
                         **Opposed 2/20/07**

NORTH CAROLINA MIDDLE
 NCM 1 06-1074           Michael Benjamin McFarland, etc. v. 3M Co., et al.
 NCM 1 06-1098           Glenn David Jacobs, et al. v. Aqua-Chem, Inc., et al.
 NCM 1 06-1099           Ralph Eugene Long, et al. v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
 NCW 1 06-388            Alan Lee Coffey, et al. v. Aqua-Chem, Inc., et al.
 NCW 1 06-389            Richard Earl Browne v. Aqua-Chem, Inc., et al.
 NCW 1 06-390            Roger Wayne Deal, et al. v. Aqua-Chem, Inc., et al.
 NCW 1 06-391            Rahn Nelson Painter, et al. v. Aqua-Chem, Inc., et al.
 NCW 1 07-2              Sadie JoAnn Deaton v. Aqua-Chem, Inc., et al.

SOUTH CAROLINA
 SC 2 06-3498            Beverly R. Junkin, etc. v. Aventis Corpscience USA, Inc., et al.
 SC 2 06-3500            Bobby L. Tompkins, et al. v. Owens-Illinois, Inc., et al.
 SC 2 06-3502            Anthony Gibbs, et al. v. A.W. Chesterton Co., et al.
 SC 2 06-3528            Scott Kennedy, et al. v. Owens-Illinois, Inc., et al.
 SC 2 06-3529            John C. Blackmon, Jr., et al. v. Owens-Illinois, Inc., et al.
 SC 2 06-3532            Guy Edward Johnson, Jr., etc. v. Owens-Illinois, Inc., et al.
 SC 2 06-3534            Jet Ramsey, et al. v. Aventis Cropscience USA, Inc., et al.
 SC 8 06-3583            Samuel Paul Cheek, et al. v. Aqua-Chem, Inc., et al.
 SC 8 07-3               Charles David Birchfield, et al. v. Aqua-Chem, Inc., et al.
 SC 8 07-4               Eugene Brown, Jr., et al. v. Aqua-Chem, Inc., et al.

WASHINGTON WESTERN
 WAW 2 06-619            Victory M. Mundy, etc. v. Elliott Co., et al.

WISCONSIN WESTERN
 WIW 3 06-546            William Junk, Sr., etc. v. Dynegy Corp., et al.